**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

UNITED STATES OF AMERICA,              CASE NO. 3:24 CR 288

      Plaintiff,

      v.              JUDGE JAMES R. KNEPP II

**LLOYD WYSE, JR.,**

      Defendant.              **ORDER**


Currently pending before the Court is Defendant Lloyd Wyse, Jr.'s Motion to Vacate, Set Aside, or Correct his Sentence under 28 U.S.C. § 2255. (Doc. 45). Therein, Wyse asserts a single claim of ineffective assistance of counsel based on counsel's failure to review the presentence report with him, to file corrections and objections to the presentence report, and to communicate decisions and strategy regarding the sentencing process. *Id.* at 5.

In response, the Government concedes Wyse is entitled to relief as he received constitutionally ineffective assistance of counsel under the standard set forth in *Strickland v. Washington*, 466 U.S. 668 (1984). (Doc. 46, at 5). It therefore does not oppose Wyse's Motion. *Id.*

For the foregoing reasons, good cause appearing, it is

ORDERED that Wyse's Motion to Vacate, Set Aside, or Correct (Doc. 45) be, and the same hereby is GRANTED; and it is

FURTHER ORDERED that Wyse shall be referred to U.S. Probation and Pretrial Services for a follow-up presentence interview and preparation of an renewed presentence investigation report; and it is

FURTHER ORDERED that this matter shall be scheduled for resentencing.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: July 15, 2026